**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY T. DOWELL,**<br>**Plaintiff** | : | **No. 1:25-CV-1388** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **DR. LAUREL R. HARRY, *et al.*,**<br>**Defendants** | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Plaintiff's Section 1983 complaint is **DISMISSED** with and without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted, as follows:

    a. To the extent Plaintiff is asserting a Section 1983 claim under the Fourteenth Amendment for deprivation of property without due process of law, that claim is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    b. Any other Section 1983 claim Plaintiff asserts in the complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted

2. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this order.

3. If no appropriate amended complaint is timely filed, dismissal will automatically convert to dismissal with prejudice and the court will CLOSE this case.

**Date:** 9/2/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**