**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY T. DOWELL,**<br>**Plaintiff** | : | **No. 1:25-CV-1388** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **DR. LAUREL R. HARRY, *et al.*,**<br>**Defendants** | : | |

# ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Plaintiff's amended complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2. Plaintiff's motion for leave to amend (Doc. 34) is **DISMISSED** as moot, as leave to amend was already granted in this court's prior September 2, 2026 order. (See Doc. 24 ¶ 2).

3. The Clerk of Court is directed to CLOSE this case.

**Date:** 11/20/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**